1  EDWIN V. WOODSOME, JR. (SBN 56305)
   Email:  ed.woodsome@dechert.com
2  CHRISTOPHER S. RUHLAND (SBN 175054)
   Email:  christopher.ruhland@dechert.com
3  JAMES C. WALD (SBN 229108)
   Email:  james.wald@dechert.com
4  DECHERT LLP
   US Bank Tower
5  633 West 5th Street
   37th Floor
6  Los Angeles, CA  90071-2013
   Telephone:  +1 213 808 5700
7  Facsimile:   +1 213 808 5760

8  Attorneys for Defendant
   DHL Express (USA), Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREN EQUIPMENT LEASING, INC., a California corporation, GARY E. SMITH, an individual, and ELLIOT MASON, an individual,<br><br>             Plaintiffs,<br><br>v.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation, et al.,<br><br>             Defendant. | Case No.  2:12-CV-08244-BRO (VBKx)<br><br>**JUDGMENT**<br><br>Judge:  Hon. Beverly Reid O'Connell |

Dechert LLP
Attorneys At Law
Los Angeles

15070128

JUDGMENT
CASE NO. 2:12-CV-08244-BRO (VBKx)

For the reasons stated in the Court's Order Granting Defendant's Motion For Summary Judgment dated October 22, 2013 [Dkt. No. 92],

IT IS ORDERED AND ADJUDGED:

That plaintiffs Maren Equipment Leasing, Inc., Gary E. Smith, and Elliot Mason shall take nothing from defendant DHL Express (USA), Inc. ("DHL"), that judgment for DHL is granted.  DHL may apply for recovery of its costs of suit.

**IT IS SO ORDERED.**

Dated:  October 24, 2013



_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

Dechert LLP
Attorneys At Law
Los Angeles

15070128

- 1 -

JUDGMENT
CASE NO. 2:12-CV-08244-BRO (VBKx)